UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

**QUALITY CONSTRUCTION & PRODUCTION, LLC, ET AL.,**[1]

Debtors

CASE NO: 18-50303
(Joint Administration Requested)

Chapter 11

___

### APPLICATION TO EMPLOY FINANCIAL CONSULTANT (ELMORE) NUNC PRO TUNC

The application of Debtors Quality Construction & Production, LLC, Quality Production Management, LLC, Traco Production Services, Inc., and Quality Acquisition Company, LLC, respectfully represents:

1.

Debtors filed Chapter 11 Bankruptcy in the United States Bankruptcy Court, Western District of Louisiana on March 16, 2018.

2.

Debtors desire to retain Jeff W. Elmore and Elmore Consulting, LLC ("Elmore"), to provide services as a financial consultant, which services will include among others the following:

    a.    Assist the Debtors in evaluating its strategic options with respect to the restructuring, sale or recapitalization of its business and related entities;

    b.    Assist the Debtors in analyzing the Debtors' assets and liabilities and prospects of a

---

[1] The Debtors in these Chapter 11 cases are Quality Construction & Production, LLC (18-50303), Quality Production Management, LLC (18-50304), Traco Production Services, Inc. (18-30305), and Quality Acquisition Company, LLC (18-50306).

  successful restructuring;

c. Assist the Debtors with the identification of potential capital providers to facilitate a broader restructuring which may include the Debtors and related entities;

d. Assist the Debtors with the negotiation of any transaction, including participating in negotiations with lenders, creditors and advisors involved in any transaction;

e. Assist, as requested, with negotiations with parties in interest as it relates to the Debtors' recapitalization activities and any potential transactions;

f. Assist in the negotiation, documentation and consummation of any transaction;

g. If requested, assist with the identification of a real estate broker to facilitate the sale of the Debtors' real estate assets; and

h. To provide the Debtors with any other financial consulting services they require during the restructuring as the need arises.

<u>See</u>, the Engagement Agreement, Exhibit A.

3.

Given the Debtors' financial condition and limited prospects of reorganizing without additional capital, the financial consulting services that Elmore will provide are necessary for the Debtors to ensure that they maximize the value for their estates.

4.

The Debtors desires to employ Elmore for the reason that he is well qualified to act as a financial consultant in this matter, having performed similar services in other Chapter 11 cases, including his recent employment as Chief Strategy Officer, President, and CEO in Knight Energy Holdings, LLC, Case No. 17-51014, et al.

5.

Elmore is a disinterested person and does not hold any interest adverse to the Debtors or to the estates with respect to the matters on which he is to be employed. He shall not, while employed by the Debtors, represent any creditor or person having an adverse interest in the case. His employment as a financial consultant will be in the best interest of the estate.

6.

Pursuant to the Engagement Agreement, the Debtor will pay Elmore a monthly consulting fee of $15,000.00 during the course of this case, with the first payment due upon the entry of an order approving this application. In addition, a success fee of $200,000.00 will be due and payable upon confirmation of a plan of reorganization or upon entry of an order authorizing the sale of the Debtors or all or substantially all of their assets.

7.

Elmore acknowledges that he has been paid $25,000.00 by the Debtors prepetition for prepetition services. Elmore was not owed anything as of the petition date.

8.

The Debtors request a modification of Bankruptcy Rule 2016 and Local Rule 2016-1, requiring professionals to submit fee applications and detailed time records, because financial consultants and investment bankers typically do not keep detailed time records as do attorneys and accountants. This compensation arrangement has been approved by this Court in similar Chapter 11 cases.

9.

The Debtors request that this application be made nunc pro tunc to the petition date.

WHEREFORE, Debtors pray that they be authorized to employ and engage Jeff W. Elmore and Elmore Consulting, LLC, as a financial consultant to assist Debtors in this proceeding under the terms set forth in this application and the Engagement Agreement.

Lafayette, Louisiana on this 27th day of March, 2018.

Respectfully submitted,

WEINSTEIN & ST. GERMAIN, LLC

By:   /s/ Tom St. Germain
      TOM ST. GERMAIN (#24887)
      1414 NE Evangeline Thrwy.
      Lafayette, LA 70501
      (337) 235-4001
      (337) 235-4020 FAX

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

**QUALITY CONSTRUCTION &**         CASE NO: 18-50303
**PRODUCTION, LLC, ET AL.,**[2]         (Joint Administration Requested)

Debtors         Chapter 11

---

### AFFIDAVIT

STATE OF LOUISIANA
PARISH OF LAFAYETTE

    BEFORE ME, the undersigned Notary Public, came and appeared

**Jeff W. Elmore**,

who, after first being duly sworn, did declare and state that he is a financial consultant, that to the best of his knowledge, he represents no interest adverse to Quality Construction & Production, LLC, Quality Production Management, LLC, Traco Production Services, Inc., and Quality Acquisition Company, LLC, with respect to any of the matters upon which he has been or is to be engaged by the Debtors in the captioned proceeding and that he is "disinterested" within the meaning of 11 U.S.C. Section 327 and 1107(b). Jeff W. Elmore has no connection with the Debtors, the creditors, the United States Trustee, or any other party in interest, or their respective attorneys, other than representing the Debtors as a financial consultant prior to the filing of these Chapter 11 cases.

---

[2] The Debtors in these Chapter 11 cases are Quality Construction & Production, LLC (18-50303), Quality Production Management, LLC (18-50304), Traco Production Services, Inc. (18-30305), and Quality Acquisition Company, LLC (18-50306).

BY:   /s/  Jeff W. Elmore
**Jeff W. Elmore**

SWORN TO AND SUBSCRIBED before me this 28th day of March, 2018.

/s/ Tom St. Germain
NOTARY PUBLIC
Printed Name: Tom St. Germain
Bar#: 24887

Page -6-