UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

**QUALITY CONSTRUCTION & PRODUCTION, LLC, ET AL.,**[1]

Debtors

CASE NO: 18-50303
(Joint Administration Requested)

Chapter 11

___

**APPLICATION TO EMPLOY ACCOUNTANT (MARK COMEAUX) NUNC PRO TUNC**

The application of Debtors Quality Construction & Production, LLC, Quality Production Management, LLC, Traco Production Services, Inc., and Quality Acquisition Company, LLC, respectfully represents:

1.

Debtors filed Chapter 11 Bankruptcy in the United States Bankruptcy Court, Western District of Louisiana on March 16, 2018.

2.

Debtors believes that in connection with the requirements and duties which they have as Debtors, it is necessary and in the best interest of the bankruptcy estate to employ an accountant to assist Debtors in performing professional general accounting services herein, which services will include among others the following, to-wit:

---

[1] The Debtors in these Chapter 11 cases are Quality Construction & Production, LLC (18-50303), Quality Production Management, LLC (18-50304), Traco Production Services, Inc. (18-30305), and Quality Acquisition Company, LLC (18-50306).

a. Assisting in projecting gross and net income in determining disposable income for purposes of the Chapter 11 Plan;

b. Preparing monthly reports.

c. Performing accounting services for the Debtors as required in these Chapter 11 cases by the Court or the U.S. Trustee.

3.

By reason of the premises aforesaid, Debtors desire to employ Mark Comeaux to perform professional accounting services as outlined above herein. Debtors desire to employ Mark Comeaux for the reason that he is well qualified to act as an accountant in this matter, having performed these services in numerous Chapter 11 cases in this district.

4.

Mark Comeaux is a disinterested person and does not hold any interest adverse to the Debtors or to the estates with respect to the matters on which he is to be employed. He has not served as an examiner in this case. He shall not, while employed by the Debtors, represent any creditor or person having an adverse interest in the case. His employment as an accountant will be in the best interest of the estate.

5.

Mr. Comeaux will be paid, subject to court approval, based upon the work performed, at the rate of $150.00 per hour.

6.

Debtors request they be authorized to hire Mark Comeaux as requested above. Mr. Comeaux will keep track of the time which he expends in connection with this matter.

7.

Mark Comeaux shall file an application with the Court in due course and that compensation shall be fixed by this Court after due notice and hearing thereon.

8.

Mr. Comeaux has requested a retainer of $5,000.00 to work as an accountant in these Chapter 11 cases. The Debtors seek Court approval to pay this retainer.

9.

The Debtors request that this application be made nunc pro tunc to the petition date.

WHEREFORE, Debtors pray that they be authorized to employ and engage Mark Comeaux as an accountant to assist Debtors in this proceeding.

Lafayette, Louisiana on this 28th day of March, 2018.

Respectfully submitted,

WEINSTEIN & ST. GERMAIN, LLC

By:    /s/ Tom St. Germain
      TOM ST. GERMAIN (#24887)
      1414 NE Evangeline Thrwy.
      Lafayette, LA 70501
      (337) 235-4001
      (337) 235-4020 FAX

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

**QUALITY CONSTRUCTION &**     CASE NO: 18-50303
**PRODUCTION, LLC, ET AL.,**[2]     (Joint Administration Requested)

    Debtors     Chapter 11

---

### AFFIDAVIT

STATE OF LOUISIANA
PARISH OF LAFAYETTE

    BEFORE ME, the undersigned Notary Public, came and appeared

**Mark Comeaux**,

a certified public accountant, who, after first being duly sworn, did declare and state that he is a certified public accountant, that to the best of his knowledge, he represents no interest adverse to Quality Construction & Production, LLC, Quality Production Management, LLC, Traco Production Services, Inc., and Quality Acquisition Company, LLC, with respect to any of the matters upon which he has been or is to be engaged by the Debtors in the captioned proceeding and that he is "disinterested" within the meaning of 11 U.S.C. Section 327 and 1107(b). Mark Comeaux has no connection with the Debtors, the creditors, the United States Trustee, or any other party in interest, or their respective attorneys.

---

[2] The Debtors in these Chapter 11 cases are Quality Construction & Production, LLC (18-50303), Quality Production Management, LLC (18-50304), Traco Production Services, Inc. (18-30305), and Quality Acquisition Company, LLC (18-50306).

Page -4-

18-50303 - #44  File 03/28/18  Enter 03/28/18 16:00:19  Main Document  Pg 4 of 5

BY: /s/ Mark Comeaux
**Mark Comeaux**

SWORN TO AND SUBSCRIBED before me this 28th day of March, 2018.

/s/ Tom St. Germain
NOTARY PUBLIC
Printed Name: Tom St. Germain
Bar#: 24887