Debtor name    **Quality Construction & Production, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **18-50303**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2018**     X /s/ Nathan Granger
                                                Signature of individual signing on behalf of debtor

                                                **Nathan Granger**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Quality Construction & Production, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   **18-50303**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................... $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... $     5,235,164.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................... $     5,235,164.00

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     16,486,065.54

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     8,183,827.02

4. Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b

$     24,669,892.56

| | |
|---|---|
| Debtor name | **Quality Construction & Production, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | **18-50303** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property
*12/15*

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $39,957.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $39,957.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 7,383,846.00 | - | 3,693,139.00 | = .... | $3,690,707.00 |

12.    **Total of Part 3.**                                                                    | $3,690,707.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
<br>☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
<br>■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**<br>**Inventory** | | $67,500.00 | | $67,500.00 |

23.    **Total of Part 5.**                                                                    | $67,500.00

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
<br>■ No
<br>☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
<br>■ No
<br>☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
<br>■ No
<br>☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
<br>☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
<br>■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

39.    **Office furniture**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       **Office furniture, equipment, computers**                    $0.00                                        $30,000.00

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          $30,000.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2017 GMC Yukon** | $0.00 | | $60,000.00 |
| 47.2.   **2013 Ford F150, 2017 Ford F150, 2015 Ford T350 (Ford Motor Credit)** | $0.00 | | $60,000.00 |
| 47.3.   **2012 Ford E350 van, 2014 Ford F150 (Ally)** | $0.00 | | $22,000.00 |
| 47.4.   **5 cargo trailers** | $0.00 | | $5,000.00 |
| 47.5.   **48 utility trailers** | $0.00 | | $15,000.00 |
| 47.6.   **2009 Suzhen Eagle** | $0.00 | | $1,000.00 |
| 47.7.   **2009 Cadillac Escalade** | $0.00 | | $5,000.00 |
| 47.8.   **2009 Ford Van** | $0.00 | | $1,500.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 47.9. | 2010 Ford F350 | $0.00 | $3,000.00 |
|---|---|---|---|
| 47.10. | 2011 Cadillac Escalade | $0.00 | $7,500.00 |
| 47.11. | 2011 Cadillac Escalade | $0.00 | $5,000.00 |
| 47.12. | 2007 Ford Van | $0.00 | $1,000.00 |
| 47.13. | 2011 GMC 1500 | $0.00 | $4,000.00 |
| 47.14. | 2014 GMC 1500 | $0.00 | $7,500.00 |
| 47.15. | 2008 GMC 3500 | $0.00 | $4,000.00 |
| 47.16. | 2009 Chevrolet 1500 | $0.00 | $2,500.00 |
| 47.17. | 2011 Ford Van | $0.00 | $4,000.00 |
| 47.18. | 2010 Ford Van | $0.00 | $3,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1. | Gatortail boat & motor | $0.00 | $8,000.00 |
|---|---|---|---|
| 48.2. | Roughneck boat | $0.00 | $3,000.00 |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Welding equipment (Pedestal Bank) | $0.00 | $300,000.00 |
|---|---|---|
| Welding machines, air compressors, baskets, hand tools, other miscellaneous equipment | $0.00 | $500,000.00 |
| 6 forklifts | $0.00 | $20,000.00 |
| Forklift Taylor TXH3540L | $0.00 | $10,000.00 |

| | | |
|---|---|---|
| **Scaffolding equipment, tools** | $0.00 | $300,000.00 |
| **2 overhead cranes** | $0.00 | $8,000.00 |
| **John Deere 550H dozer** | $0.00 | $3,000.00 |
| **2 golf carts** | $0.00 | $2,000.00 |
| **Bobcat mini excavator** | $0.00 | $5,000.00 |
| **John Deere 4240H tractor** | $0.00 | $6,000.00 |
| **Eight (8) zero turn mowers** | $0.00 | $12,500.00 |
| **Three (3) side by sides** | $0.00 | $9,000.00 |
| **2 bush hogs** | $0.00 | $1,500.00 |
| **John Deere backhoe** | $0.00 | $3,000.00 |
| **Grove crane** | $0.00 | $4,000.00 |
| **Waterblade** | $0.00 | $500.00 |

51.  **Total of Part 8.**                                                        | $1,407,000.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**      **Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39,957.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,690,707.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $67,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,407,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,235,164.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,235,164.00 |

Debtor name **Quality Construction & Production, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **18-50303**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Ally**
Creditor's Name

P.O. Box 130424
Saint Paul, MN 55113-0424
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2012 Ford E350 van, 2014 Ford F150 (Ally)**        $10,682.92        $22,000.00

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **Fidelity**
Creditor's Name

Post Office Box 105075
Atlanta, GA 30348
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien        $60,000.00        $60,000.00
**2017 GMC Yukon**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

☐ **No**
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $63,384.61 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

  **PO Box 542000**
  **Omaha, NE 68154-8000**

Creditor's mailing address

**2013 Ford F150, 2017 Ford F150, 2015 Ford T350 (Ford Motor Credit)**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Midsouth Bank** | Describe debtor's property that is subject to a lien | $14,751,998.01 | $4,728,664.00 |
|---|---|---|---|---|

Creditor's Name

  **Post Office Box 3745**
  **Lafayette, LA 70502**

Creditor's mailing address

**Accounts receivable, equipment, cash, inventory**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☐ No
☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Pedestal Bank** | Describe debtor's property that is subject to a lien | $1,600,000.00 | $314,000.00 |
|---|---|---|---|---|

Creditor's Name

  **301 West Laurel Avenue**
  **Eunice, LA 70535**

Creditor's mailing address

**Welding equipment (Pedestal Bank), 2008 GMC 3500, 2009 Chevolet 1500, 2010 Ford van, 2011 Ford van**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$16,486,065. 54** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Joseph Hebert<br>Post Office Box 52008<br>Lafayette, LA 70505-2008 | Line **2.4** | |

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**3-D Packaging & Consulting**<br>**P.O. Box 61476**<br>**Lafayette, LA 70596**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Money due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$948.68** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**A-1 Repair & Supply**<br>**129 Tideland Road**<br>**Broussard, LA 70518**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Money due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,107.15** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Abbeville Electric Supply Inc**<br>**320 South State Street**<br>**Abbeville, LA 70510**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Money due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,761.28** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Abrasive Products & Equipment**<br>**P.O. Box 671023**<br>**Dallas, TX 75267-1023**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Money due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,843.06** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,135.00 |
|---|---|---|---|
| | **ABS Americas**<br>P.O. Box 301249<br>Dallas, TX 75303-1249 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,867.35 |
|---|---|---|---|
| | **Acadiana Coatings & Supply Inc**<br>925 Ridge Rd<br>Duson, LA 70529 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.00 |
|---|---|---|---|
| | **Acadiana Rubber & Gasket Co**<br>P.O. Box 3704<br>Lafayette, LA 70502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.85 |
|---|---|---|---|
| | **Acadiana Security Plus, Inc.**<br>P.O. Box 930<br>Broussard, LA 70518-0930 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,631.57 |
|---|---|---|---|
| | **Acadiana Shell & Limestone Inc**<br>P.O. Box 280<br>Abbeville, LA 70511-0280 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|
| | **Acadiana Testing & Heating**<br>314 Degravelle Road<br>Morgan City, LA 70380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.59 |
|---|---|---|---|
| | **Acadiana's Office Products**<br>P.O. Box 81857<br>Lafayette, LA 70598-1857 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320,426.75 |
| --- | --- | --- | --- |
| | **Accurate NDE & Inspection, LLC**<br>P.O. Box 81755<br>Lafayette, LA 70598-1755 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,034.95 |
| --- | --- | --- | --- |
| | **Accurate Weldment Testing, LLC**<br>P.O. Box 11736<br>New Iberia, LA 70562-1736 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155,545.68 |
| --- | --- | --- | --- |
| | **Acme Truck Line**<br>P O BOX 415000<br>Nashville, TN 37241-5000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,467.82 |
| --- | --- | --- | --- |
| | **Action Specialties**<br>7915 W Highway 90<br>New Iberia, LA 70560 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $618.00 |
| --- | --- | --- | --- |
| | **Administrative Compliance Servic**<br>P.O. Box 6602<br>Shreveport, LA 71136-6602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |
| --- | --- | --- | --- |
| | **Advanced Logistics LLC**<br>2014 W. Pinhook Rd<br>Suite 310<br>Lafayette, LA 70508 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
| --- | --- | --- | --- |
| | **Advanced Plumbing & Electrical**<br>4405 Jefferson Island Rd.<br>New Iberia, LA 70560 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,506.96 |
|------|-------------------------------------------------|-----------------------------------------------------|-----------|

**Advantage Resourcing**
P.O. Box 277534
Atlanta, GA 30384-7534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,690.00 |
|------|-------------------------------------------------|-----------------------------------------------------|-----------|

**AHS Walk In Clinic, Inc**
6011 Ambassador Caffery Parkway
Youngsville, LA 70592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,898.44 |
|------|-------------------------------------------------|-----------------------------------------------------|-----------|

**Air Safety Systems**
300 Fairlane Dr
Lafayette, LA 70507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,747.27 |
|------|-------------------------------------------------|-----------------------------------------------------|-----------|

**Airgas USA LLC**
PO Box 676015
Dallas, TX 75267-6015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,150.00 |
|------|-------------------------------------------------|-----------------------------------------------------|-----------|

**Alexander/Ryan Marine & Safety**
P.O. Box 742966
Atlanta, GA 30374-9266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,884.80 |
|------|-------------------------------------------------|-----------------------------------------------------|-----------|

**All Industrial Medical Service**
855 Belanger St Ste 207
Houma, LA 70360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,449.99 |
|------|-------------------------------------------------|-----------------------------------------------------|-----------|

**ALLEN & GOOCH**
P.O. Box 81129
Lafayette, LA 70598-1129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
| --- | --- | --- | --- |
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,581.54** |
| | **American Eagle Logistics** | ☐ Contingent | |
| | **P.O. Box 3307** | ☐ Unliquidated | |
| | **Lafayette, LA 70502** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$906.15** |
| | **American Express** | ☐ Contingent | |
| | **P.O. Box 650448** | ☐ Unliquidated | |
| | **Dallas, TX 75262-0448** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Credit card** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
| | **American Express Vendors** | ☐ Contingent | |
| | **P.O. Box 650448** | ☐ Unliquidated | |
| | **Dallas, TX 75262-0448** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |
| | **Analytic Stress** | ☐ Contingent | |
| | **P O Box 740209** | ☐ Unliquidated | |
| | **Dept  1027** | ☐ Disputed | |
| | **Atlanta, GA 30374-0209** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,394.66** |
| | **Angel Rentals Inc.** | ☐ Contingent | |
| | **P.O. Box 12975** | ☐ Unliquidated | |
| | **New Iberia, LA 70562** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,823.00** |
| | **Anthony Shaw** | ☐ Contingent | |
| | **4418 Shaw Pete Lane** | ☐ Unliquidated | |
| | **New Iberia, LA 70563** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Workers Compensation** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.86** |
| | **Aquiana Springs** | ☐ Contingent | |
| | **P.O. Box 880** | ☐ Unliquidated | |
| | **Belle Chasse, LA 70037** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.69 |

**3.33** Nonpriority creditor's name and mailing address

**Arkadin Inc.**
**ATTN: AR**
**Post Office Box 347261**
**Pittsburgh, PA 15251-4261**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**$123.69**

---

**3.34** Nonpriority creditor's name and mailing address

**Arnold Nunez**
**c/o Jim S. Hall & Associates, LL**
**800 North Causeway Boulevard**
**Suite 100**
**Metairie, LA 70001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Workers' Compensation**

Is the claim subject to offset? ■ No ☐ Yes

**$100,025.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Arrow Equipment and Repair Inc**
**P.O. Box 4235**
**Houma, LA 70361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**$20,868.33**

---

**3.36** Nonpriority creditor's name and mailing address

**Aslan Energy, LLC**
**P.O. Box 659**
**Youngsville, LA 70592**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**$1,007.25**

---

**3.37** Nonpriority creditor's name and mailing address

**Atlantic Pacific Equipment, Inc**
**2179 Commercial Drive**
**Port Allen, LA 70767**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**$108,061.53**

---

**3.38** Nonpriority creditor's name and mailing address

**Automated Production**
**P.O. Box 426**
**Broussard, LA 70518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**$1,087.00**

---

**3.39** Nonpriority creditor's name and mailing address

**AZZ Galvanizing Morgan City**
**P.O. Box 843771**
**Dallas, TX 75284-3771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**$1,662.44**

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,845.50 |
|---|---|---|---|

**Bayou Inspection Services**
318 Degravelle Road
Amelia, LA 70340

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,162.47 |
|---|---|---|---|

**Bellsouth Tel DBA AT&T**
c/o JNR Adjustment Company, Inc
Post Office Box 27070
Minneapolis, MN 55427

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,455.65 |
|---|---|---|---|

**Belzona Offshore**
1709 E South St
Alvin, TX 77511

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.46 |
|---|---|---|---|

**Benny G's Feed & Farm Supply**
P.O. Box 600
Delcambre, LA 70528-0600

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Beraud Enterprises Inc**
P.O. Box 920
Abbeville, LA 70510

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.48 |
|---|---|---|---|

**Big John Site Services**
243 Trade Center Drive
New Braunfels, TX 78130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,753.46 |
|---|---|---|---|

**Blanchet's Exxon**
6100 Highway 90 East
Broussard, LA 70518

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,677.81 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Bobcat of Austin**
**PO BOX 650823**
**Dallas, TX 75265-0823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.21 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Bollinger Shipyards LLC**
**PO Box 11407**
**Department 2371**
**Birmingham, AL 35246-2371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,826.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Borsheim Crane Service**
**PO Box 1344**
**Williston, ND 58802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $754,383.66 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Brace Integrated Services, Inc**
**14950 Heathrow Forest Parkway**
**Suite 150**
**Houston, TX 77032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,792.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Brennon Vinet**
**27707 Charter Lake Lane**
**Katy, TX 77494**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Workers Compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,699.06 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Brock Services, Ltd**
**P.O. Box 679312**
**Dallas, TX 75267-9313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,245.38 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Buckhorn Rentals, LLC**
**PO Box 2918**
**Houma, LA 70361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,386.56 |
|---|---|---|---|

**C&S Safety Systems of Louisiana**
P.O. Box 12948
New Iberia, LA 70562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,171.17 |
|---|---|---|---|

**Cajun Carts**
3023 N.W. Evangeline Thrwy.
Lafayette, LA 70507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.00 |
|---|---|---|---|

**Cajun Metals**
1019 Albertson Parkway
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,576.33 |
|---|---|---|---|

**CAPASCO, INC**
P.O. BOX 81632
Lafayette, LA 70598-1632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,791.54 |
|---|---|---|---|

**CARBER Holdings, Inc.**
P.O. Box 17141
Denver, CO 80217-7141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $963.99 |
|---|---|---|---|

**Carrol's Tire Service**
P.O. Box 13382
New Iberia, LA 70562-3382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,630.81 |
|---|---|---|---|

**Cartridge World**
3603-E Ambassador Caffery
Lafayette, LA 70503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**CEE LLC**
**P.O. Box 1086**
**Lafayette, LA 70506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,830.00 |
|---|---|---|---|

**Cesar Ruvalcaba**
**403 Leisure Village Drive**
**New Braunfels, TX 78130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Workers Compensation**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,487.51 |
|---|---|---|---|

**Champagne's Super Market Inc.**
**202 South Kibbe**
**Erath, LA 70533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.00 |
|---|---|---|---|

**Charters etc.**
**112 Tubing Road**
**Broussard, LA 70518-7121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.54 |
|---|---|---|---|

**Chase Card Services**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,928.07 |
|---|---|---|---|

**Cintas Corporation #543**
**PO BOX 650838**
**Dallas, TX 75265-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.97 |
|---|---|---|---|

**City Of Houston**
**Office of Public Affairs**
**1200 Travis**
**Houston, TX 77002-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,220.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Coastal Safety Management, LLC**
**200A Venture Blvd.**
**Houma, LA 70360-7903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,920.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**CobbFendley**
**13430 Northwest Freeway**
**Suite 1100**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.74 |
|------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**Coca-Cola Bottling Com**
**PO Box 105637**
**Atlanta, GA 30348-5637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,783.88 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**CoCo Marina**
**106 Pier 56**
**Chauvin, LA 70344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,360.40 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Community Coffee Company LLC**
**P.O. Box 919149**
**Dallas, TX 75391-9149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,250.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Complete Safety Solutions LLC**
**108 Kol Drive**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,455.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Compliance Background Screening**
**213 Cambridge Dr**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,693.54 |
|---|---|---|---|

**Consolidated Electrical Distri**
310 Toledo Drive
Lafayette, LA 70506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,319.26 |
|---|---|---|---|

**Control Fire and Safety LLC**
PO Box 777
Morgan City, LA 70381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.45 |
|---|---|---|---|

**Cortex Business Solutions USA**
P.O. Box 675035
Dallas, TX 75267-5035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,432.86 |
|---|---|---|---|

**Council Development Corp LLC**
233 General Patton Ave
Mandeville, LA 70471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.43 |
|---|---|---|---|

**Cox Communications**
P.O. Box 9001080
Louisville, KY 40290-1080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,906.78 |
|---|---|---|---|

**Cracker Barrel**
12221 Industriplex Blvd.
Baton Rouge, LA 70809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,001.30 |
|---|---|---|---|

**Crescent Dental**
P.O. Box 54120
New Orleans, LA 70154-4120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Medical bill__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**Cutting Edge**
**1909 Germain Road**
**Abbeville, LA 70510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,222.00 |
|---|---|---|---|

**Dale McAnally, Inc**
**P.O. Box 10046**
**New Iberia, LA 70562-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darcy Benito**
**c/o The Rice Firm**
**1400 Woodloch Forest Drive**
**Suite 575**
**Spring, TX 77380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Personal Injury claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,164.00 |
|---|---|---|---|

**Darel Roy**
**3415 Avery Island Road**
**New Iberia, LA 70560**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Workers Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,540.00 |
|---|---|---|---|

**Darnall Sikes & Frederick**
**2000 Kaliste Saloom Rd.**
**Suite 300**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,912.44 |
|---|---|---|---|

**Days Inn Jennings**
**603 Holiday Drive**
**Jennings, LA 70546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,776.19 |
|---|---|---|---|

**Dearborn National Life Ins. Co**
**36788 Eagle Way**
**Chicago, IL 60678-1367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,078.70** |
|---|---|---|---|
| | **Deepwell Energy Services, LLC**<br>**PO Box 2201**<br>**Decatur, AL 35609-2201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,027.82** |
|---|---|---|---|
| | **DEKRA Certification Inc.**<br>**75 Remittance Dr.**<br>**Dept 1187**<br>**Chicago, IL 60675-1187** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,975.00** |
|---|---|---|---|
| | **Delta World Tire**<br>**400 Magazine Street**<br>**Suite 400**<br>**New Orleans, LA 70130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,975.00** |
|---|---|---|---|
| | **Department of Social Services**<br>**Post Office Box 260222**<br>**Baton Rouge, LA 70826-0222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.00** |
|---|---|---|---|
| | **Dexter + Chaney**<br>**75 Remittance Drive**<br>**Department 6619**<br>**Chicago, IL 60675-6619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$891.00** |
|---|---|---|---|
| | **DISA Inc**<br>**P.O. Box 120314**<br>**Department 890314**<br>**Dallas, TX 75312-0314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42.31** |
|---|---|---|---|
| | **Discount Tire Center Inc**<br>**P.O. Box 598**<br>**Abbeville, LA 70510-5980** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,094.40 |
|---|---|---|---|

**Discovery Inn**
120 E. Kaliste Saloom Rd
Lafayette, LA 70508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,387.00 |
|---|---|---|---|

**Donald Batiste**
Post Office Box 616
Lafayette, LA 70502

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Workers Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,696.00 |
|---|---|---|---|

**Donald Massad, APC**
4970 Bluebonnet Blvd
Baton Rouge, LA 70809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.59 |
|---|---|---|---|

**Doug Ashy Building Material**
4950 Johnston St.
Lafayette, LA 70503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,082.87 |
|---|---|---|---|

**Down Hole**
P.O. Box 497
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Eastern Shipbuilding Group**
P.O. Box 960
Panama City, FL 32402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,915.18 |
|---|---|---|---|

**Eddie's One Stop**
Post Office Box 159
Erath, LA 70533-0159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,143.46 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _

Last 4 digits of account number  **6186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,431.15 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _

Last 4 digits of account number  **6963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,495.17 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _

Last 4 digits of account number  **9426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026.26 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _

Last 4 digits of account number  **3451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.29 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _

Last 4 digits of account number  **1666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.61 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _

Last 4 digits of account number  **5446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.73 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _

Last 4 digits of account number  **2142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.47 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _
Last 4 digits of account number **9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.54 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _
Last 4 digits of account number **4627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.60 |
|---|---|---|---|

**Entergy**
P.O. Box 8108
Baton Rouge, LA 70891-8108

Date(s) debt was incurred _
Last 4 digits of account number **6304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Erath High School Football**
808 S Broadway Street
Erath, LA 70533

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.15 |
|---|---|---|---|

**Event Solutions**
408 Maurice St.
Lafayette, LA 70506

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.78 |
|---|---|---|---|

**Exec-U-Store**
P.O Box 52268
Lafayette, LA 70505

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.00 |
|---|---|---|---|

**Falck Safety Services**
209 Clendenning Road
Houma, LA 70363

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Family Vision**
P.O. Box 1469
Crowley, LA 70527-1469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $336.90 |
|---|---|---|---|

**Federal Express**
P.O. Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,752.47 |
|---|---|---|---|

**Fire & Safety Specialists**
P.O. Box 60639
Lafayette, LA 70596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $443.00 |
|---|---|---|---|

**Galliano Inn inc.**
P.O. Box 669
Galliano, LA 70354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Galo Materials**
1175 W. Bitters, Ste. #100
San Antonio, TX 78216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,614.20 |
|---|---|---|---|

**Gas & Supply**
125 Thruway Park
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,777.56 |
|---|---|---|---|

**Gauthier's Oilfield Rentals**
P.O. Box 62071
Lafayette, LA 70596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,458.00 |
|---|---|---|---|

**Gerald's Pest Control**
**307 Halphen Street**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,558.00 |
|---|---|---|---|

**Glenn Price**
**Post Office Box 2791**
**Opelousas, LA 70571**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Workers Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,294.57 |
|---|---|---|---|

**Great America Financial Svcs**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,019.22 |
|---|---|---|---|

**Great West Retirement Services**
**2237 S Acadian Thruway # 702**
**Baton Rouge, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,268.03 |
|---|---|---|---|

**Grey Wolf Safety Group**
**P.O. Box 1438**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,319.77 |
|---|---|---|---|

**Gulf America Wire Rope Inc.**
**1028 QCP Park Drive**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,638.90 |
|---|---|---|---|

**Gulf Coast Fuel & Lube**
**P.O. Box 176**
**Bourg, LA 70343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,662.15 |
|---|---|---|---|

**H & E Equipment Services**
**P.O. Box 849850**
**Dallas, TX 75284-9850**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.60 |
|---|---|---|---|

**H.I.S. Fire & Safety**
**PO BOX 368**
**Delcambre, LA 70528**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,594.60 |
|---|---|---|---|

**HB Rentals**
**Dept. 2131 P.O. Box 122131**
**Dallas, TX 75312-2131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,173.50 |
|---|---|---|---|

**HOME PLACE LODGE AND SUITES**
**1505 15TH AVE W**
**Williston, ND 58801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Houston Area Safety Council**
**PO Box 670580**
**Dallas, TX 75267-0580**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,856.28 |
|---|---|---|---|

**Howard Risk Advisors**
**201 W. Vermilion Suite 200**
**Lafayette, LA 70501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,582.80 |
|---|---|---|---|

**HYTORC Div. Unex Corp**
**333 Route 17 North**
**Mahwah, NJ 07430**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,027.94 |
|---|---|---|---|

**Iberia Industrial & Marine Suppl**
P.O. Box 3704
Attn: Accounts Receivables
Lafayette, LA 70502

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,133.84 |
|---|---|---|---|

**Iberia Rental Service**
1014 Center St.
New Iberia, LA 70560

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,045.00 |
|---|---|---|---|

**Integris Rentals, L.L.C.**
2303 Denley Rd
Houma, LA 70363

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338,519.98 |
|---|---|---|---|

**Integrity Rentals**
P.O. BOX 339
Cade, LA 70519

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,153.55 |
|---|---|---|---|

**International Engineering Supp**
PO Box 5917
Kingwood, TX 77325

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,296.30 |
|---|---|---|---|

**Intertek Asset Integrity Mgmt**
PO Box 419435
Boston, MA 02241-9435

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,360.00 |
|---|---|---|---|

**J's Lawn Care LLC**
203 Saunier Dr
Delcambre, LA 70528

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |
|---|---|---|---|

**JAC Consulting, Inc.**
**213 Park View Drive**
**Belmont, NC 28012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,323.00 |
|---|---|---|---|

**Jack Pine**
**22419 Pinehill Cemetary Road**
**Iowa, LA 70647**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Workers Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,667.16 |
|---|---|---|---|

**Joe's Septic Contractors, Inc.**
**P.O. Box 336**
**Cut Off, LA 70345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,990.00 |
|---|---|---|---|

**John Russell Holford**
**2009 Alec Street**
**Mamou, LA 70554**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Workers Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,226.49 |
|---|---|---|---|

**Johnpac**
**PO Box 1566**
**Crowley, LA 70527-1566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,356.00 |
|---|---|---|---|

**Joshua Breaux**
**3730 Kirby Drive**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Workers Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,857.00 |
|---|---|---|---|

**Juan Strong**
**2418 Magdalena Avenue**
**Brownsville, TX 78526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Workers Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,228.00** |
|---|---|---|---|

**Juan Strong**
2418 Magdalena Avenue
Brownsville, TX 78526

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Workers Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,986.90** |
|---|---|---|---|

**Judice Services Inc**
P.O. Box 175
Broussard, LA 70518

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,653.95** |
|---|---|---|---|

**K C Forklift Inc.**
802 Harrell Drive
Lafayette, LA 70503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$358.32** |
|---|---|---|---|

**Kelly Water District**
P.O. Box 7
Kelly, LA 71441-0007

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$780.00** |
|---|---|---|---|

**Kent Safety Solutions**
230 Jared Drive
Broussard, LA 70518

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89.39** |
|---|---|---|---|

**Lafayette Locksmith Service**
411 Kaliste Saloom Rd.
Lafayette, LA 70508

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,549.85** |
|---|---|---|---|

**Lafayette Paint & Supply**
P.O. Box 837
Broussard, LA 70518-0837

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,444.50 |
| --- | --- | --- | --- |
| | **Lafayette Winwater Works Co**<br>**125 Medical Park Dr.**<br>**Lafayette, LA 70508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,046.00 |
| --- | --- | --- | --- |
| | **Larry Delcambre Air Conditioning**<br>**1303 Jane Street**<br>**New Iberia, LA 70560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.00 |
| --- | --- | --- | --- |
| | **LeBlanc & Theriot Inc.**<br>**107 N Patrick O Toole St**<br>**Erath, LA 70533** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,302.63 |
| --- | --- | --- | --- |
| | **LEVCO Services LLC**<br>**P.O. Box 67**<br>**Berwick, LA 70342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
| --- | --- | --- | --- |
| | **Louisiana Cajun Machine**<br>**112 Geology Circle**<br>**Broussard, LA 70518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,370.00 |
| --- | --- | --- | --- |
| | **M&A Safety Services, LLC**<br>**PO BOX 960**<br>**Youngsville, LA 70592-0960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $399.56 |
| --- | --- | --- | --- |
| | **MailFinance**<br>**PO Box 123682**<br>**Dallas, TX 75312-3682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,648.67 |
|---|---|---|---|
| | **Main Industries Inc.** | ☐ Contingent | |
| | **107 E Street** | ☐ Unliquidated | |
| | **Hampton, VA 23661** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|
| | **Main Stop Testing Services** | ☐ Contingent | |
| | **12401 S. Post Oak Rd. #235** | ☐ Unliquidated | |
| | **Houston, TX 77045** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,699.03 |
|---|---|---|---|
| | **Marco Group International** | ☐ Contingent | |
| | **3425 East Locust St.** | ☐ Unliquidated | |
| | **Davenport, IA 52803** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,185.60 |
|---|---|---|---|
| | **Mauricio Industrial Services** | ☐ Contingent | |
| | **949 Austin Rd.** | ☐ Unliquidated | |
| | **Youngsville, LA 70592** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.20 |
|---|---|---|---|
| | **MC MUD 94** | ☐ Contingent | |
| | **Post Office Box 691008** | ☐ Unliquidated | |
| | **Houston, TX 77269** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,215.00 |
|---|---|---|---|
| | **Miguel Garcia** | ■ Contingent | |
| | **731 Middale Drive** | ■ Unliquidated | |
| | **Duncanville, TX 75116** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Workers Compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.96 |
|---|---|---|---|
| | **Mobile Monitoring** | ☐ Contingent | |
| | **P.O. Box 93088** | ☐ Unliquidated | |
| | **Lafayette, LA 70509** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$458.89** |
|---|---|---|---|
| | **MonDak Portables, LLC**<br>PO Box 397<br>Williston, ND 58802-0397 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,843.30** |
|---|---|---|---|
| | **Morgan City Rentals**<br>125 McCarty ST.<br>Houston, TX 77029 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$864.80** |
|---|---|---|---|
| | **Musson Patout**<br>P.O. BOX 12210<br>New Iberia, LA 70562-2210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.50** |
|---|---|---|---|
| | **National Oilwell Varco dba Tub**<br>209 E. Woodlawn Ranch Rd<br>Houma, LA 70363 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162,153.42** |
|---|---|---|---|
| | **National Welding Supply**<br>P.O. Box 9786<br>New Iberia, LA 70562-9786 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,753.72** |
|---|---|---|---|
| | **Neff Rental**<br>3718 Hwy 14<br>New Iberia, LA 70560 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Money due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,601.00** |
|---|---|---|---|
| | **Neil Guidry**<br>Post Office Box 173<br>Kaplan, LA 70548 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Workers Compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,266.15 |
|---|---|---|---|

**Newpark Mats & Integrated Servic**
P.O. Box 733148
Dallas, TX 75373-3148

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,528.26 |
|---|---|---|---|

**Nondestructive & Visual Inspect**
P.O. Box 1690
Gray, LA 70359

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,206.01 |
|---|---|---|---|

**Norman Richardson**
458 Verdun Lane
Franklin, LA 70538

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Workers Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**Occupational Health Centers SW**
PO Box 75410
Oklahoma City, OK 73147-0410

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,685.00 |
|---|---|---|---|

**OEG Offshore Inc. (Store4)**
111 Garber St.
Cameron, LA 70631

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,169.07 |
|---|---|---|---|

**Office Mart**
P.O. BOX 11637
New Iberia, LA 70562

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,980.00 |
|---|---|---|---|

**Offshore Rental, LLC**
P.O.  BOX 733252
Dallas, TX 75373-3252

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$359,123.16** |
|---|---|---|---|
| | **Offshore Service & Supply, LLC**<br>**P.O. Box 3307**<br>**Lafayette, LA 70502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.46** |
|---|---|---|---|
| | **Oilwell Tubular Consultants**<br>**P.O. Box 1267**<br>**Crosby, TX 77532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$367.50** |
|---|---|---|---|
| | **Olympic Cranes Inc.**<br>**3201 Paul Segura Pkwy**<br>**New Iberia, LA 70560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,254.60** |
|---|---|---|---|
| | **OQSG**<br>**Chase Tower, 600 Jefferson St #1**<br>**Lafayette, LA 70501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274.00** |
|---|---|---|---|
| | **ORION CASE LLC**<br>**PO Box 3641**<br>**Lafayette, LA 70502-3641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00** |
|---|---|---|---|
| | **Page Wire Rope & Slings**<br>**P.O. Box 60068**<br>**Lafayette, LA 70596-0068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.00** |
|---|---|---|---|
| | **Partek Laboratories**<br>**225 South Hollywood Road**<br>**Houma, LA 70360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,560.46 |
|---|---|---|---|

**PBC Industrial Supplies**
12659 South Choctaw
Baton Rouge, LA 70815

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,231.16 |
|---|---|---|---|

**Peregrine Corporation**
P.O. Box 14190
Monroe, LA 71207

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $821.24 |
|---|---|---|---|

**Petrologix**
PO BOX 1048
Youngsville, LA 70592

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.12 |
|---|---|---|---|

**Pipeline Solutions, LLC**
176 Strawberry St.
Slidell, LA 70460

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,598.00 |
|---|---|---|---|

**Postlethwaite&Netterville,APAC**
8550 United Plaza Blvd.
Suite 1001
Baton Rouge, LA 70809

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,646.09 |
|---|---|---|---|

**Premier Truck Rental**
9138 Bluffton Road
Fort Wayne, IN 46809

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,105.10 |
|---|---|---|---|

**Price Supply Inc.**
109 Carson Rd.
Broussard, LA 70518

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,078.00 |
|---|---|---|---|

**Prime Tank LLC**
**1253 Petroleum Pkwy**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.73 |
|---|---|---|---|

**PRINTRX**
**P.O. Box 461085**
**San Antonio, TX 78246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,877.79 |
|---|---|---|---|

**Process Piping Material Inc**
**P.O. Box 52133**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,238.89 |
|---|---|---|---|

**Pumpelly Oil Aquisitions LLC**
**P.O BOX 958669**
**Saint Louis, MO 63195-8669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Quality Evolved LLC**
**9640 Bella Place Circle**
**Maurice, LA 70555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,486.80 |
|---|---|---|---|

**Quality Production Managment**
**425 Griffin Road**
**Youngsville, LA 70592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,992.97 |
|---|---|---|---|

**Radius HDD Direct, LLC**
**P.O. Box 3106**
**Weatherford, TX 76086-0019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Ragin'Cajuns Athletics Found.**
P.O. Box 43603
Lafayette, LA 70504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.98 |
|---|---|---|---|

**Recon Coating Inc.**
PO Box 522
Broussard, LA 70518-0525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,379.61 |
|---|---|---|---|

**Redfish Rentals, Inc**
P.O. Box 844541
Boston, MA 02284-4541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.60 |
|---|---|---|---|

**Republic Services #833**
PO BOX 9001099
Louisville, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Research Solutions**
207 Commission Blvd
Lafayette, LA 70508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,114.90 |
|---|---|---|---|

**Ritter Forest Products**
3386 Knauth Rd
Beaumont, TX 77705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,961.01 |
|---|---|---|---|

**Romar Offshore Welding Service**
P.O. Box 5539
Meadville, MS 39653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,071.91 |
|---|---|---|---|
| | **Safeway Group Holding, LLC**<br>**N19 W24200 Riverwood Drive**<br>**Waukesha, WI 53188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.35 |
|---|---|---|---|
| | **Scafom USA**<br>**1500 South 16th Street**<br>**La Porte, TX 77571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,793.88 |
|---|---|---|---|
| | **Scott Equipment Company LLC**<br>**P.O. Box 340**<br>**Broussard, LA 70518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.41 |
|---|---|---|---|
| | **SDM Calibrations**<br>**P.O. Box 1076**<br>**Broussard, LA 70518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,824.21 |
|---|---|---|---|
| | **Southwestern Bell Tell DBA AT&T**<br>**c/o JNR Adjustment Company, Inc**<br>**Psot Office Box 27070**<br>**Minneapolis, MN 55427-0070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,204.37 |
|---|---|---|---|
| | **Specialty Equipment Sales**<br>**P.O. Box 51565**<br>**Lafayette, LA 70505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,300.53 |
|---|---|---|---|
| | **Specialty Sand Company**<br>**16601 Garrett Road**<br>**Houston, TX 77044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,986.18 |
|---|---|---|---|

**Starmount Life Insurance Co.**
 **8485 Goodwood Boulevard**
**Baton Rouge, LA 70806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $9,400.00 |
|---|---|---|---|

**Steam & Process Repairs Inc**
**2403 S. Phillipe Ave**
**Gonzales, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $400.00 |
|---|---|---|---|

**Steve Granger**
**815 S. Kibbe**
**Erath, LA 70533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $26,571.26 |
|---|---|---|---|

**Steve Richard**
**14825 Junius Road**
**Kaplan, LA 70548**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Workers Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,664.45 |
|---|---|---|---|

**Stine**
**2401 Veterans Memorial Blvd**
**Abbeville, LA 70510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $60,009.35 |
|---|---|---|---|

**Sunbelt Rentals, Inc**
**P.O. BOX 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $785.76 |
|---|---|---|---|

**Super 8**
**2714 Highway 4**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,158.07 |
|---|---|---|---|

**Superior Supply & Steel**
P.O. Box 677427
Dallas, TX 75267

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.00 |
|---|---|---|---|

**Tanks-A-Lot**
P.O. Box 1636
Morgan City, LA 70381

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,346.57 |
|---|---|---|---|

**TCH Distributors LLC**
P.O. Box 9615
New Iberia, LA 70562

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,734.00 |
|---|---|---|---|

**Technical Manifold**
222 Burgess Drive
Unit 5
Broussard, LA 70518

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,491.00 |
|---|---|---|---|

**TERRY-DURIN CO**
PO BOX 39
Cedar Rapids, IA 52406

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.36 |
|---|---|---|---|

**Tesla Nanocoatings**
PO Box 1097
Massillon, OH 44648

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $896.76 |
|---|---|---|---|

**Texas Attorney General**
PO Box 12548
Austin, TX 78711-2548

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$14.07** |

**Texas Comptroller**
**P.O. Box 149359**
**Austin, TX 78714-9359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$4,065.30** |

**Texas State Rentals**
**24010 Tomball Pkwy**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$33,232.18** |

**The Sherwin-Williams Company**
**215 E. Kaliste Saloom Rd**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$4,577.00** |

**Tiger Safety**
**P.O. BOX 733254**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,802.55** |

**Tiger Stop**
**P.O. Box 35**
**Olla, LA 71465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,792.00** |

**TMC Provider Group, PLLC**
**13722 Embassy Row**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$841.55** |

**TOWN & COUNTRY SPORTMEN'S HAVE**
**P.O. Box 30**
**Trout, LA 71371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.50 |
|---|---|---|---|
| | **Town of Grand Isle**<br>P.O. Box 200<br>Grand Isle, LA 70358 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725,696.81 |
|---|---|---|---|
| | **Traco Production Services Inc**<br>425 Griffin Road<br>Youngsville, LA 70592 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,240.00 |
|---|---|---|---|
| | **Trifecta Oil Field Services**<br>P.O. Box 596<br>Stockdale, TX 78160 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,793.68 |
|---|---|---|---|
| | **Trigon Supply & Rental**<br>P.O. Box 81065<br>Lafayette, LA 70598 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,441.00 |
|---|---|---|---|
| | **Trinity Rental Services LLC**<br>PO Box 80552<br>Lafayette, LA 70598 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,182.27 |
|---|---|---|---|
| | **United Rentals**<br>PO BOX 840514<br>Dallas, TX 75284-0514 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,727.39 |
|---|---|---|---|
| | **United Vision Logistics LLC**<br>P.O. Box 975357<br>Dallas, TX 75397-5357 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.75 |
|---|---|---|---|

**Universal ComOne Louisiana LLC**
**206 Rue Louis XIV**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.34 |
|---|---|---|---|

**Unum Life Insurance Company**
**P.O. Box 403748**
**Atlanta, GA 30384-3748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.21 |
|---|---|---|---|

**V & V Auto Parts**
**1508 Veterans Memorial Drive**
**Delcambre, LA 70528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,730.00 |
|---|---|---|---|

**Veriforce Integrated Complianc**
**1575 Sawdust Rd.**
**Suite 600**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,899.21 |
|---|---|---|---|

**Vermeer Texas-Louisiana**
**PO Box 650823**
**Dallas, TX 75265-0823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,240.22 |
|---|---|---|---|

**Vida Paint**
**P.O. Box 2706**
**Morgan City, LA 70381-2706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,356.82 |
|---|---|---|---|

**VISA**
**Post Office Box 31021**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.43 |
|---|---|---|---|

**3.257**

Nonpriority creditor's name and mailing address
**Vision Communications**
**P.O. Box 188**
**Larose, LA 70373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$267.43**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258**

Nonpriority creditor's name and mailing address
**Voorhies Supply Company LLC**
**Post Office Box 404130**
**Atlanta, GA 30384-4130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$8,037.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259**

Nonpriority creditor's name and mailing address
**Weber Marine, L.L.C**
**P.O. Box 2365**
**Gonzales, LA 70707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260**

Nonpriority creditor's name and mailing address
**West Jefferson Industrial Medi**
**107 Wall Blvd**
**Gretna, LA 70056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$105.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical bill**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261**

Nonpriority creditor's name and mailing address
**Westside Eye Clinic**
**4601 Wichers Dr.**
**Marrero, LA 70072-3049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$405.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262**

Nonpriority creditor's name and mailing address
**Westwego Photo Enforcement Pro**
**P.O. Box 76967**
**Cleveland, OH 44101-6500**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263**

Nonpriority creditor's name and mailing address
**WEX Fleet Universal**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$10,658.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,653,544.65 |
|---|---|---|---|
| | Whitco Supply<br>200 N. Morgan Ave.<br>Broussard, LA 70518 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,919.15 |
|---|---|---|---|
| | WOW Technologies<br>444 Cajundome Blvd Cajundome C<br>Lafayette, LA 70506 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,876.05 |
|---|---|---|---|
| | Wyatt Compressor Service, Inc<br>P.O. Box 1620<br>Broussard, LA 70518 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Daniel A. Hoychick<br>Post Office Box 5095<br>Houma, LA 70361 | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 8,183,827.02 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 8,183,827.02 |

Fill in this information to identify the case:

Debtor name    **Quality Construction & Production, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **18-50303**

☐ Check if this is an
   amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Leased Yard Lot- 351 Griffin Road, Youngsville, LA. 70592** | |
| State the term remaining | **ARV Development, LLC** |
| List the contract number of any government contract | **351 Griffin Road Youngsville, LA 70592** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Scaffolding Lease** | |
| State the term remaining | **Brace Integrated Services, Inc** |
| List the contract number of any government contract | **14950 Heathrow Forest Parkway Suite 150 Houston, TX 77032** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Apartment in Houston- 1200 Post Oak Boulevard, Houston, TX. 77056** | |
| State the term remaining | **Camden Post Oak** |
| List the contract number of any government contract | **1200 Post Oak Boulevard Houston, TX 77056** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Contract to provide scaffolding** | |
| State the term remaining | **Conrad Shipyard, LLC** |
| List the contract number of any government contract | **P.O. Box 790 Morgan City, LA 70381-0790** |

Debtor 1  **Quality Construction & Production, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)  **18-50303**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of boring machines** | |
| | State the term remaining | | **De Lage Landen Financial Service** |
| | List the contract number of any government contract | | **111 Old School Road**<br>**Wayne, PA 19087-1453** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **New Orleans Apartment** | |
| | State the term remaining | | **Glenda Bach** |
| | List the contract number of any government contract | | **430 Notre Dame Street**<br>**New Orleans, LA 70130** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **New Orleans Apartment** | |
| | State the term remaining | | **J.V. Properties**<br>**Attn: Angie** |
| | List the contract number of any government contract | | **Post Office Box 11638**<br>**Alexandria, LA 71315** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Houma location lease-120 Progressive Boulevard, Suite 101, Houma, LA. 70360** | |
| | State the term remaining | | **LaRussa Enterprises, Inc.** |
| | List the contract number of any government contract | | **120 Progressive Boulevard**<br>**Houma, LA 70360** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **San Antonio lease-5730 Rittiman Plaza, San Antonio, TX. 78218** | |
| | State the term remaining | | **TD Poultry, LLC**<br>**Attn: David Lindeman** |
| | List the contract number of any government contract | | **Post Office Box 1657**<br>**Gonzales, TX 78629** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Lanier copier - San Antonio** | |
| | State the term remaining | | **US Bank**<br>**1310 Madrid Street** |
| | List the contract number of any | | **Suite 101**<br>**Marshall, MN 56258** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

Debtor name **Quality Construction & Production, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **18-50303**

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Quality Acquisition Company, LLC** | **425 Griffin Road Youngsville, LA 70592** | **Midsouth Bank** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Quality Production Management** | **425 Griffin Road Youngsville, LA 70592** | **Midsouth Bank** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Traco Production Services, Inc.** | **425 Griffin Road Youngsville, LA 70592** | **Midsouth Bank** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Traco Production Services, Inc.** | **425 Griffin Road Youngsville, LA 70592** | **Pedestal Bank** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

Debtor name     **Quality Construction & Production, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known)     **18-50303**

☐ Check if this is an
   amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**     **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$40,038,259.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$26,377,124.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**     **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **EFTPS**<br>**P.O. Box 1303**<br>**Charlotte, NC 28201-1303** | **12/27/17, 1/3/18, 1/2/18, 1/5/18, 1/9/18, 1/16/18, 1/24/18, 1/31/18, 1/31/18, 2/2/18, 2/15/18, 2/21/18, 2/28/18, 3/7/18, 3/14/18** | **$895,405.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **American Express Vendors**<br>**P.O. Box 650448**<br>**Dallas, TX 75262-0448** | **12/27/17, 1/26/18, 2/20/18** | **$467,045.67** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **QPM LLC Secondary Emp Ben Plan**<br>**425 Griffin Road**<br>**Youngsville, LA 70592** | **1/12/18, 2/16/18, 3/12/18** | **$428,881.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **ALMA** | **1/11/18, 1/16/18, 2/9/18, 3/9/18** | **$299,020.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Whitco Supply**<br>**200 N. Morgan Ave.**<br>**Broussard, LA 70518** | **12/20/17, 2/27/18, 2/20/18, 2/9/18, 1/12/18, 1/19/18, 1/29/18** | **$289,447.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **American Express**<br>**P.O. Box 29785**<br>**Fort Lauderdale, FL 33329-7885** | **1/12/18, 2/12/18, 3/2/18** | **$280,819.71** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **First Insurance Funding Corp.**<br>**450 Skokie Boulevard, Suite 1000**<br>**Northbrook, IL 60062** | **2/7/18, 3/7/18** | **$240,539.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **De Lage Landen Financial Service**<br>111 Old School Road<br>Wayne, PA 19087-1453 | 1/2/18,<br>2/1/18,<br>2/1/18,<br>2/28/18,<br>2/28/18 | $184,113.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Howard Risk Advisors**<br>201 W. Vermilion Suite 200<br>Lafayette, LA 70501 | 1/25/18,<br>2/7/18 | $104,386.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Pedestal Bank**<br>301 West Laurel Avenue<br>Eunice, LA 70535 | 1/5/18,<br>2/8/18, 3/8/18 | $104,381.67 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Great West Retirement Services**<br>2237 S Acadian Thruway # 702<br>Baton Rouge, LA 70808 | 12/20/17,<br>12/20/17,<br>12/31/17,<br>12/31/17,<br>12/31/17,<br>1/4/18,<br>1/17/18,<br>1/17/18,<br>1/25/18,<br>1/31/18,<br>1/18/18,<br>2/8/18,<br>2/1/18,<br>2/21/18,<br>2/21/18,<br>2/27/18,<br>3/13/18,<br>3/6/18, 3/6/18 | $92,003.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Nondestructive & Visual Inspect**<br>P.O. Box 1690<br>Gray, LA 70359 | 2/16/18 | $90,588.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Louisiana Department of Revenue**<br>P.O. Box 3440<br>Baton Rouge, LA 70821-3440 | 12/20/17,<br>12/31/17,<br>1/15/18,<br>1/22/18,<br>2/6/18,<br>2/16/18,<br>3/2/18 | $86,905.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_**taxes**_ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. **Lafayette Parish School System**<br>113 Chaplin Dr,<br>Lafayette, LA 70508 | 1/5/18,<br>2/5/18, 2/7/18 | $83,300.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |
| 3.15. **Premier Truck Rental**<br>9138 Bluffton Road<br>Fort Wayne, IN 46809 | 2/9/18,<br>1/29/18,<br>3/113/18,<br>2/26/18,<br>1/19/18,<br>3/5/18,<br>2/2/18,<br>2/16/18,<br>12/27/17 | $81,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Lafayette Parish Tax Collector**<br>Post Office Box 92590<br>Lafayette, LA 70509-2590 | 12/30/17,<br>12/30/17 | $80,699.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |
| 3.17. **National Welding Supply**<br>P.O. Box 9786<br>New Iberia, LA 70562-9786 | 12/19/17,<br>12/20/17,<br>1/5/18,<br>1/9/18,<br>1/11/18,<br>1/15/18,<br>1/31/18,<br>2/19/18,<br>3/2/18,<br>3/6/18,<br>3/6/18,<br>3/13/18,<br>3/1/18,<br>3/1/18,<br>1/23/18,<br>3/15/18,<br>1/15/18,<br>2/9/18,<br>2/16/18,<br>1/23/18,<br>3/1/18,<br>2/7/18,<br>2/19/18,<br>1/18/18,<br>2/19/18 | $68,646.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Tommy & Gaynell Allen**<br>207 River Oak Circle<br>Lafayette, LA 70508 | 1/29/18 | $65,799.10 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.19. **Kendall Allen** 991 Austin Road Youngsville, LA 70592 | 1/29/18 | $65,799.10 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Chase Card Services** P.O. Box 94014 Palatine, IL 60094-4014 | 12/27/17 | $50,000.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. **Dearborn National Life Ins. Co** 36788 Eagle Way Chicago, IL 60678-1367 | 12/28/17, 1/26/18, 2/26/18, 3/14/18 | $43,725.63 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.22. **Lafayette Paint & Supply** P.O. Box 837 Broussard, LA 70518-0837 | 1/5/18, 1/19/18, 1/29/18, 2/16/18, 3/5/18 | $40,049.57 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.23. **Emerson Processing Management** 16189 River Rd Hahnville, LA 70057 | 12/19/17 | $38,015.56 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. **Louisiana Valve Source** 101 Metals Dr Youngsville, LA 70592 | 2/27/18 | $38,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.25. **Moody Price, LLC** 18320 Petroleum Drive Baton Rouge, LA 70809 | 1/18/18, 12/28/17, 12/29/17, 1/4/18, 1/24/18, 1/22/18, 1/20/18, 1/11/18, 2/20/18, , 2/10/18, 1/25/18, 3/15/18 | $36,893.27 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.26. **Redhawk Industrial Services** 7389 Florida Blvd Baton Rouge, LA 70806 | 2/2/18, 2/9/18, 1/12/18, 1/19/18, 1/26/18, 3/9/18, 2/16/18, 2/23/18, 3/2/18 | $36,851.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **WEX Fleet Universal** PO Box 6293 Carol Stream, IL 60197-6293 | 12/22/17, 1/22/18, 2/22/18 | $36,345.76 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **Darnall Sikes & Frederick** 2000 Kaliste Saloom Rd. Suite 300 Lafayette, LA 70508 | 12/20/17 | $36,065.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.29. **Crescent Dental** P.O. Box 54120 New Orleans, LA 70154-4120 | 12/28/17, 1/26/18, 2/26/18, 3/14/18 | $35,003.67 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. **OQSG** Chase Tower, 600 Jefferson St #1 Lafayette, LA 70501 | 12/26/17, 1/8/18, 1/23/18, 2/2/18, 2/15/18, 3/9/18, | $33,315.16 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.31. **MidSouth Bank** P.O. Box 3745 Lafayette, LA 70502 | 1/3/18, 2/1/18, 3/1/18 | $32,499.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.32. **Production Rental & Supply** 100 Rue Napoleon Broussard, LA 70518 | 1/2/18, 2/1/18, 3/1/18, 1/31/18 | $30,000.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33<br>· | **The Reynolds Company**<br>**11550 N. harrells Ferry Rd**<br>**Baton Rouge, LA 70816** | **1/5/18,**<br>**2/20/18,**<br>**2/28/18,**<br>**3/15/18** | **$28,820.18** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34<br>· | **ARC Development, LLC**<br>**250 Park Ave**<br>**New York, NY 10177** | **01/15/2018,**<br>**02/26/2018,**<br>**03/15/2018** | **$11,329.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **lease** |
| 3.35<br>· | **AT&T Mobility**<br>**PO Box 10330**<br>**Fort Wayne, IN 46851-0330** | **12/26/2017,**<br>**01/26/2018,**<br>**02/26/2018** | **$11,276.50** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36<br>· | **Baker Tank Head**<br>**P.O. Box 77021**<br>**Fort Worth, TX 76177** | **02/20/2018,**<br>**03/15/2018** | **$9,768.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37<br>· | **Gulf Coast Office Products**<br>**5801 River Oaks Rd S**<br>**New Orleans, LA 70123** | **1/29/18,**<br>**3/1/18** | **$7,862.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38<br>· | **Barclay**<br>**P.O. Box 60517**<br>**City of Industry, CA 91716-0517** | **01/05/2018** | **$8,230.50** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39<br>· | **J.V. Properties**<br>**12734 Branford St Unit 3**<br>**Pacoima, CA 91331** | **12/28/17,**<br>**1/26/18,**<br>**2/26/18** | **$7,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40<br>· | **Brace Integrated Services, Inc**<br>**14950 Heathrow Forest Parkway**<br>**Suite 150**<br>**Houston, TX 77032** | **01/26/2018** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.41. **Christopher V. Grissom** 616 Almonaster Road Youngsville, LA 70592 | 01/12/2018 | $8,224.89 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.42. **Community Coffee Company LLC** P.O. Box 919149 Dallas, TX 75391-9149 | 12/28/2017, 02/02/2018, 02/14/2018, 02/23/2018, 03/09/2018 | $7,320.72 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.43. **Compliance Background Screening** 213 Cambridge Dr Lafayette, LA 70503 | 12/28/2017, 01/15/2018, 02/02/2018, 03/01/2018 | $8,327.75 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.44. **Jessie Plaisance, Jr.** 828-B Young Street Youngsville, LA 70592 | 1/12/18 | $8,224.89 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.45. **Larry Delcambre Air Conditioning** 1303 Jane Street New Iberia, LA 70560 | 12/18/17 | $8,027.50 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.46. **Deepwell Energy Services, LLC** PO Box 2201 Decatur, AL 35609-2201 | 12/27/2017, 02/26/2018 | $9,812.40 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.47. **Department of Social Services** Post Office Box 260222 Baton Rouge, LA 70826-0222 | 12/20/2017, 12/27/2017, 01/04/2018, 01/15/2018, 01/18/2018, 01/29/2018, 02/02/2018, 02/08/2018, 02/19/2018, 02/21/2018, 02/29/2018, 03/01/2018, 03/07/2018 | $26,386.93 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.48. **Discovery Inn**<br>120 E. Kaliste Saloom Rd<br>Lafayette, LA 70508 | 02/16/2018 | $11,305.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.49. **LaRussa Enterprises, Inc.**<br>320 Progressive Boulevard<br>Houma, LA 70360 | 12/28/17,<br>1/26/18,<br>2/26/18 | $6,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. **Donald Massad, APC**<br>4970 Bluebonnet Blvd<br>Baton Rouge, LA 70809 | 12/20/2017,<br>01/19/2018,<br>01/26/2018 | $8,216.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. **LeBlanc Oil Company, Inc.**<br>19 Dresser Hill Rd<br>Charlton, MA 01507 | 12/28/17,<br>2/2/18, 3/1/18 | $8,362.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. **Flow Control Equipment, LLC**<br>200 Brothers Rd<br>Scott, LA 70583 | 03/09/2018,<br>03/14/2018 | $8,461.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. **Louisiana Workforce Commission**<br>1001 N 23rd St<br>Baton Rouge, LA 70802 | 2/2/18 | $14,355.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. **Mauricio Industrial Services**<br>949 Austin Rd.<br>Youngsville, LA 70592 | 1/23/18 | $9,836.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. **Gator Valve, Inc**<br>115 Thruway Park Rd<br>Broussard, LA 70518 | 01/25/2018,<br>02/20/2018,<br>03/15/2018 | $6,564.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.56. **Peter Simon**<br>719 Young Street<br>Youngsville, LA 70592 | 1/12/18 | $8,224.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.57. **Plaquemine Parish Sales Tax**<br>333 F Edward Hebert Blvd<br>Building 102, Suite 345<br>Belle Chasse, LA 70037 | 12/29/17 | $10,375.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.58. **Glennda Bach**<br>430 Notre Dame St<br>New Orleans, LA 70130 | 01/02/2018,<br>01/30/2018,<br>02/28/2018 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **lease** |
| 3.59. **Profire Energy Inc.**<br>821 South<br>1250 W Suite 1<br>Lindon, UT 84042 | 1/5/18 | $16,696.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. **Guardian Life**<br>3900 N Causeway Blvd # 830<br>Metairie, LA 70002 | 01/01/2018,<br>01/15/2018,<br>02/01/2018,<br>02/15/2018,<br>03/01/2018,<br>03/15/2018 | $11,030.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61. **South Louisiana Bank**<br>1362 West Tunnel Blvd.<br>Houma, LA 70360 | 2/19/18 | $12,101.59 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62. **JAC Consulting, Inc.**<br>213 Park View Drive<br>Belmont, NC 28012 | 2/16/18 | $9,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.63. **VISA**<br>Post Office Box 31021<br>Tampa, FL 33631 | 12/28/17,<br>12/28/17,<br>12/28/17,<br>12/28/17,<br>12/28/17,<br>1/26/18,<br>1/26/18,<br>1/26/18,<br>1/26/18,<br>1/26/18,<br>2/28/18,<br>2/28/18,<br>2/28/18,<br>2/28/18 | $9,203.50 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64. **Starmount Life Insurance Co.**<br>8485 Goodwood Boulevard<br>Baton Rouge, LA 70806 | 12/28/17,<br>1/26/18,<br>2/26/18,<br>3/14/18 | $8,617.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.65. **TK Energy Services, LLC**<br>2303 Glenn Hwy.<br>New Concord, OH 43762 | 1/31/18,<br>2/28/18 | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.66. **TCH Distributors LLC**<br>P.O. Box 9615<br>New Iberia, LA 70562 | 2/21/18,<br>3/7/18 | $7,402.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67. **Specialty Sand Company**<br>16601 Garrett Road<br>Houston, TX 77044 | 01/03/2018,<br>01/18/2018,<br>02/26/2018,<br>01/31/2018,<br>02/12/2018 | $7,186.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.68. **Office Mart**<br>**P.O. BOX 11637**<br>**New Iberia, LA 70562** | 12/20/17,<br>12/26/17,<br>1/3/18,<br>1/5/18,<br>1/9/18,<br>1/11/18,<br>1/15/18,<br>1/23/18,<br>1/25/18,<br>1/26/18,<br>2/1/18,<br>2/8/18,<br>2/14/18,<br>2/19/18,<br>2/21/18,<br>2/21/18,<br>2/28/18,<br>3/2/18,<br>3/2/18,<br>3/7/18,<br>3/9/18,<br>3/13/18 | $6,742.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.69. **TRACK Realty, RT**<br>**109 Shankland Ave.**<br>**Jennings, LA 70546** | 12/20/17,<br>1/2/18,<br>1/26/18,<br>2/13/18,<br>2/23/18,<br>3/12/18 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.70. **Texas Attorney General**<br>**PO Box 12548**<br>**Austin, TX 78711-2548** | 12/21/17,<br>12/28/17,<br>12/31/17,<br>1/5/18,<br>1/18/18,<br>1/19/18,<br>2/1/18,<br>2/8/18,<br>2/21/18,<br>2/22/18,<br>3/5/18, 3/8/18 | $8,749.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.71. **Total Production Supply**<br>**102 Burgess Street**<br>**Broussard, LA 70518** | 1/22/18 | $12,691.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.72. **Sherwin Williams Co.**<br>**4307 Johnston Street**<br>**Lafayette, LA 70503** | 1/2/18,<br>1/19/18,<br>2/6/18,<br>2/21/18,<br>2/27/18,<br>3/1/18 | $18,834.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.73. **Wagner Plate Works**<br>6250 N Houston Rosslyn Rd<br>Houston, TX 77091 | 1/5/18,<br>1/5/18,<br>2/15/18 | $8,081.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.74. **WOW Technologies**<br>444 Cajundome Blvd Cajundome C<br>Lafayette, LA 70506 | 2/16/18 | $12,420.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75. **Wright National Flood Insurance**<br>P.O. Box 33003<br>Saint Petersburg, FL 33733 | 2/2/18,<br>2/2/18,<br>2/2/18,<br>2/2/18,<br>2/2/18, 2/9/18 | $13,664.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76. **Advantage Resourcing**<br>P.O. Box 277534<br>Atlanta, GA 30384-7534 | 01/05/2018,<br>01/23/2018,<br>02/16/2018 | $27,846.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77. **American Equity Underwriters**<br>3850 N Causeway Blvd Suite 1600<br>Metairie, LA 70002 | 01/16/2018 | $17,263.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.78. **Camden Post Oak**<br>P.O. Box 60517<br>Houston, TX 77056 | 12/18/2017,<br>01/31/2018,<br>02/28/2018 | $12,074.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.79. **Custom Abrasives, LLC**<br>215 Industrial Avenue B<br>Houma, LA 70363 | 01/25/2018,<br>02/16/2018,<br>02/23/2018,<br>02/15/2018 | $11,115.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80. **Elmore Consulting, LLC**<br>3262 Westheimer Rd #609<br>Houston, TX 77098 | 01/05/2018 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.81. **Entergy** P.O. Box 8108 Baton Rouge, LA 70891-8108 | 12/27/2018, 01/12/2018, 02/16/2018 | $22,359.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.82. **Forth Worth F&D Head Company** 3040 E Peden Rd Fort Worth, TX 76179 | 03/12/2018 | $16,320.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.83. **Freedom Energy Solutions** 352 Equity Blvd Houma, LA 70360 | 03/08/2018, 03/14/2018 | $24,935.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.84. **Gas & Supply** 125 Thruway Park Broussard, LA 70518 | 1218/2017, 12/19/2017, 01/03/2018, 01/08/2018, 01/09/2018, 01/15/2018, 01/18/2018, 01/19/2018, 01/22/2019, 01/23/2018, 01/24/2018, 01/26/2018, 01/30/2018, 02/05/2018, 02/06/2018, 02/19/2018, 02/21/2018, 02/23/2018, 02/26/2018, 03/01/2018, 03/02/2018, 03/06/2018, 03/09/2018, 03/15/2018 | $27,626.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.85. **Great America Financial Svcs** P.O. Box 660831 Dallas, TX 75266-0831 | 12/28/2017, 01/15/2018, 01/19/2018, 02/02/2018, 03/01/2018 | $17,996.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.86.   **TD Poultry, LLC**<br>**2634 Twin Lane**<br>**Maurice, LA 70555** | **12/28/2017,**<br>**01/26/2018,**<br>**02/26/2018** | **$19,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Stephen Granger**<br>**815 S Kibbe**<br>**Erath, LA 70533**<br>**Father of Nathan Granger** | **3/16/17 -**<br>**3/15/18** | **$41,098.40** | **Expense reimbursements, rent for houses** |
| 4.2.   **Nathan Granger**<br>**10903 North Road**<br>**Abbeville, LA 70510**<br>**Member, President** | **4/17/17 -**<br>**1/29/18** | **$8,500.00** | **Travel and entertainment expenses** |
| 4.3.   **Troy Collins**<br>**809 Fortune Road**<br>**Youngsville, LA 70592**<br>**Member, CEO** | **3/31/17 -**<br>**3/15/18** | **$171,920.64** | **Salary** |
| 4.4.   **Nathan Granger**<br>**10903 North Road**<br>**Abbeville, LA 70510**<br>**Member, President** | **3/31/17 -**<br>**3/15/18** | **$158,383.92** | **Salary** |
| 4.5.   **Stephen Granger**<br>**815 S Kibbe**<br>**Erath, LA 70533**<br>**Father of Nathan Granger** | **3/31/17 -**<br>**3/15/18** | **$14,400.00** | **Salary** |
| 4.6.   **Kaylie Marie Collins**<br>**809 Fortune Road**<br>**Youngsville, LA 70592**<br>**Daughter of Troy Collins** | **3/8/17 -**<br>**3/7/18** | **$14,094.00** | **Salary** |
| 4.7.   **Vallie Theresa Collins**<br>**3007 Hickory Ct**<br>**Houma, LA 70363**<br>**Aunt of Troy Collins** | **3/8/17 -**<br>**3/7/18** | **$35,510.00** | **Salary** |
| 4.8.   **Offshore Service & Supply, LLC**<br>**P.O. Box 3307**<br>**Lafayette, LA 70502**<br>**Owned by Joshua Collins, son of Troy Collins** | **3/27/17 -**<br>**3/12/18** | **$715,129.62** | **Equipment rental** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Arnold Garcia Nunez**<br>**vs.**<br>**Quality Construction &**<br>**Production, LLC**<br>**20165055B** | **Personal Injury** | **15th JDC Lafayette Parish** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Brace Integrated Services,**<br>**Inc.**<br>**vs.**<br>**Quality Companies USA, LLC** | **Collection** | **15th JDC Lafayette Parish** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Miguel Garcia**<br>**vs**<br>**Quality Construction &**<br>**Production**<br>**17-02502** | **Workers**<br>**Compensation** | **Louisiana Office of Workers**<br>**Compensation**<br>**556 Jefferson Street**<br>**1st Floor**<br>**Lafayette, LA 70501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Donald Batiste**<br>**vs**<br>**Quality Construction &**<br>**Production** | **Workers**<br>**Compensation** | **Louisiana Office of Workers**<br>**Compensation**<br>**556 Jefferson Street**<br>**1st Floor**<br>**Lafayette, LA 70501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2016 Chevrolet Silverado was lost/stolen. Later recovered with damages** | | **03/25/2017** | **$12,411.00** |
| **2017 Chevrolet 3500 rear ended** | | **10/13/2017** | **$50,000.00** |
| **Trailer stolen from work site** | | **11/03/2017** | **$6,000.00** |
| **2016 Ford F-150 struck by object thrown from passing 18 wheeler** | | **11/06/2017** | **$25,600.00** |
| **2009 Dodge 4500 with trailer-broad sided by another vehicle** | | **12/05/2017** | **$18,630.00** |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Weinstein & St. Germain, LLC**<br>**1414 NE Evangeline Thrwy.**<br>**Lafayette, LA 70501** | | **2/28/18,**<br>**3/15/18** | **$75,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Jon Conner**<br>**5809 Tippi Lane**<br>**New Iberia, LA 70560** | **2010 Ford F-150** | **04/13/2017** | **$2,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Swamp Boy Farms, LLC**<br>**1618 SW First Ave. Ste. 250**<br>**Portland, OR 97201** | **2012 Ford F-150** | **05/26/2017** | **$500.00** |
| | Relationship to debtor | | | |
| 13.3. | **Swamp Boy Farms, LLC**<br>**1618 SW First Ave. Ste. 250**<br>**Portland, OR 97201** | **2006 GMC 3500** | **05/26/2017** | **$500.00** |
| | Relationship to debtor | | | |
| 13.4. | **Shane Medine**<br>**303 Joshua Reed Drive**<br>**Houma, LA 70360** | **2013 Ford F-150** | **02/01/2018** | **$7,200.00** |
| | Relationship to debtor | | | |
| 13.5. | **Brent Perrin**<br>**8638 Ranch Road**<br>**Abbeville, LA 70510** | **1981 Evinrude XP 150 Motor** | **03/07/2018** | **$100.00** |
| | Relationship to debtor | | | |
| 13.6. | **Brent Perrin**<br>**8638 Ranch Rd**<br>**Abbeville, LA 70510** | **1981 Duracraft Boat** | **03/07/2018** | **$400.00** |
| | Relationship to debtor | | | |
| 13.7. | **Brent Perrin**<br>**8638 Ranch Rd**<br>**Abbeville, LA 70510** | **1988 Star Boat Trailer** | **03/07/2018** | **$100.00** |
| | Relationship to debtor | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.8 . | **Brent Perrin**<br>**8638 Ranch Rd**<br>**Abbeville, LA 70510** | **2010 Homemade Utility Trailer** | **03/07/2018** | **$200.00** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Exec-U-Store 209 Lucille Avenue Lafayette, LA 70501** | **Cory Duplantis, Melodie Talley, Paul Viator, Tina Esponge, Todd Hulin; 425 Griffin Road, Youngsville, LA. 70592** | **Records** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<hr>

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Morial Vallot**<br>**308 Mirmar Blvd**<br>**Lafayette, LA 70508** | **08/01/2010-12/31/2017** |
| 26a.2.  **Chris Miller**<br>**Post Office Box 2517**<br>**Lafayette, LA 70502** | **01/01/2018-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Quality Construction & Production, LLC**<br>**425 Griffin Road**<br>**Youngsville, LA 70592** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **MidSouth Bank**<br>**P.O. Box 3745**<br>**Lafayette, LA 70502** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | **2017** | **$67,500.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Quality Construction & Production, LLC**<br>**425 Griffin Road**<br>**Youngsville, LA 70592** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nathan Granger** | **10903 North Road**<br>**Abbeville, LA 70510** | **President, member** | **49%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Troy Collins** | **809 Fortune Road**<br>**Youngsville, LA 70592** | **CEO, member** | **51%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Stephen Granger**<br>**815 S Kibbe**<br>**Erath, LA 70533** | **$41,098.40** | **3/16/2017-3/15/2018** | **expense reimbursements, rent for houses** |
| | Relationship to debtor<br>**Father of Nathan Granger** | | | |
| 30.2. | **Nathan Granger**<br>**10903 North Road**<br>**Abbeville, LA 70510** | **$8,500.00** | **04/17/2017-01/29/2018** | **travel and entertainment expenses** |
| | Relationship to debtor<br>**Member, President** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Troy Collins**<br>**809 Fortune Road**<br>**Youngsville, LA 70592** | **$171,920.64** | **03/31/2017-03/15/2018** | **Salary** |
| | **Relationship to debtor**<br>**Member, CEO** | | | |
| 30.4. | **Nathan Granger**<br>**10903 North Road**<br>**Abbeville, LA 70510** | **$158,383.92** | **03/31/2017-03/15/2018** | **Salary** |
| | **Relationship to debtor**<br>**Member, President** | | | |
| 30.5. | **Stephen Granger**<br>**815 S Kibbe**<br>**Erath, LA 70533** | **$14,400.00** | **03/31/2017-03/15/2018** | **Salary** |
| | **Relationship to debtor**<br>**Father of Nathan Granger** | | | |
| 30.6. | **Kaylie Marie Collins**<br>**809 Fortune Road**<br>**Youngsville, LA 70592** | **$14,094.00** | **03/08/2017-03/07/2018** | **Salary** |
| | **Relationship to debtor**<br>**Daughter of Troy Collins** | | | |
| 30.7. | **Vallie Theresa Collins**<br>**3007 Hickory Ct**<br>**Houma, LA 70363** | **$35,510.00** | **03/08/2017-03/07/2018** | **Salary** |
| | **Relationship to debtor**<br>**Aunt of Troy Collins** | | | |
| 30.8. | **Offshore Service & Supply, LLC**<br>**Post Office Box 3307**<br>**Lafayette, LA 70502** | **$715,129.62** | **03/27/2017-03/12/2018** | **equipment rental** |
| | **Relationship to debtor**<br>**Owned by Joshua Collins, son of Troy Collins** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |
| | |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __April 11, 2018__

__/s/ Nathan Granger__                                         __Nathan Granger__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Quality Construction & Production, LLC**        Case No.   **18-50303**
                            Debtor(s)             Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept      $   **To be determined**

   Prior to the filing of this statement I have received      $   **75,000.00**

   Balance Due      $   **To be determined**

2. The source of the compensation paid to me was:

   [✔] Debtor     [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✔] Debtor     [ ] Other (specify):

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Hourly rates: Attorney $350, Paralegal $125**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 11, 2018**             **/s/ Tom St. Germain**
*Date*                             **Tom St. Germain 24887**
                                   *Signature of Attorney*
                                   **Weinstein & St. Germain**
                                   **1414 NE Evangeline Thruway**
                                   **Lafayette, LA 70501**
                                   **(337) 235-4001 Fax: (337) 235-4020**
                                   *Name of law firm*

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Quality Construction & Production, LLC**        Case No.    **18-50303**

Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nathan Granger**<br>**10903 North Road**<br>**Abbeville, LA 70510** | **Membership Interest** | **49%** | |
| **Troy Collins**<br>**809 Fortune Road**<br>**Youngsville, LA 70592** | **Membership Interest** | **51%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 11, 2018**        Signature   **/s/ Nathan Granger**

                                                   **Nathan Granger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re    **Quality Construction & Production, LLC**           Case No.    **18-50303**

                                    Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 11, 2018**                      **/s/ Nathan Granger**

                                                 **Nathan Granger**/**President**

                                                 Signer/Title