UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

| | |
|---|---|
| Quality Construction & Production, LLC, et al.,[1] | Case No. 18-50303 |
| Debtor | Chapter 11 |
| | Jointly Administered |

NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

COMES NOW David W. Asbach, Acting United States Trustee for Region 5, through undersigned counsel, and pursuant to 11 U.S.C. §§1102(a) and 1102(b)(1) hereby gives notice that the following unsecured creditors of the above-named debtor are among those holding unsecured claims and are willing to serve and, therefore, are appointed to serve as a committee of unsecured creditors with the powers enumerated in 11 U.S.C. §1103 in cases Quality Construction & Production, LLC, 18-50303 and Traco Production Services, Inc., 18-50305.

The committee members' names are listed on Attachment A which is incorporated and made a part of this notice. A copy of this notice has been sent to each creditor listed on Attachment A as well as the parties listed on the Certificate of Service.

Date: April 23, 2018

Respectfully submitted,

DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By:/s/ Gail Bowen McCulloch
GAIL BOWEN McCULLOCH

Gail Bowen McCulloch
Trial Attorney
Office of the United States Trustee
300 Fannin Street, Suite 3196

---

[1] The Debtors in these Chapter 11 cases are Quality Construction & Production, LLC (18-50303), Quality Production Management, LLC (18-50304), Traco Production Services, Inc. (18-50305), and Quality Acquisition Company, LLC (18-50306).

Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3550
Facsimile no. (318) 676-3212
LA Bar no. 3337

# ATTACHMENT A

## MEMBERS OF UNSECURED CREDITORS' COMMITTEE

**INTERIM CHAIRMAN:**
Brace Industrial Group
Sandy Hollingsworth
14950 Heathrow Forest Pkwy, Suite 150
Houston, TX 77032
Sandy.hollingsworth@brace.com

Accurate NDE Inspection, LLC
Charles Brignac
P.O. Box 81755
Lafayette, LA 70598

Atlantic Pacific Equipment, Inc.
Michael Noland
1455 Old Alabama Road, Suite 100
Roswell, GA 30076

Whitco Supply, LLC
Dion C. Briley
2000 N. Morgan Ave.
Broussard, LA 70518

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing *NOTICE OF APPOINTMENT OF UNSECURED COMMITTEE* was either sent by First Class United States Mail, postage prepaid, or by CM/ECF transmission to the following persons and entities:

Quality Construction & Production, LLC
425 Griffin Road
Youngsville LA 70592

Quality Production Management, LLC
425 Griffin Road
Youngsville LA 70592

Traco Production Services, Inc.
425 Griffin Road
Youngsville LA 70592

Quality Acquisition Company, LLC
425 Griffin Road
Youngsville LA 70592

Thomas E. St. Germain
Weinstein Law Firm
1414 NE Evangeline Thruway
Lafayette LA 70501

United States Attorney's Office
Western District of Louisiana
Attn: Bankruptcy
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206

        *Committee Members:*

Accurate NDE Inspection, LLC
Charles Brignac
P.O. Box 81755
Lafayette, LA 70598

Atlantic Pacific Equipment, Inc.
Michael Noland
1455 Old Alabama Road, Suite 100
Roswell, GA 30076

Brace Industrial Group

Sandy Hollingsworth
14950 Heathrow Forest Pkwy, Suite 150
Houston, TX 77032

Whitco Supply, LLC
Dion C. Briley
2000 N. Morgan Ave.
Broussard, LA 70518

*Special Notice Requests:*

Joseph P. Hebert
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70503
P.O. Box 52008
Lafayette, LA 70505-2008

Wheelis & Rozanski
Stephen D. Wheelis
P.O. Box 13199
Alexandria, Louisiana 71315-3199

CHARLES M. KREAMER, SR.
GIBSON LAW PARTNERS, LLC
Attorneys at Law
2448 Johnston Street, Suite B (70503)
P.O. Box 52124
Lafayette, LA 70505

John A. Mouton, III
P.O. Box 82438
Lafayette, LA 70598

H. Kent Aguillard
P. O. Box 391
Eunice, Louisiana 70535

Emile Joseph, Jr.
Allen & Gooch, A Law Corporation
P O Box 81129
Lafayette LA 70598-1129

Congeni Law Firm, LLC
Leo D. Congeni
424 Gravier Street
New Orleans, LA 70130

Alan H. Goodman
909 Poydras St., Suite 1500
New Orleans, LA 70112

CAFFERY, OUBRE, CAMPBELL & GARRISON, L.L.P.
Attorneys for Industrial Piping Specialists, Inc.
LAUREN CAMEL BEGNEAUD
100 E. Vermilion Street, Suite 201
Lafayette, LA 70501

CRAIG A. RYAN
1200 Camellia Boulevard, Suite 300 (70508)
Post Office Box 3507
Lafayette, LA 70502-3507

EMILY E. BREAUX
1200 Camellia Boulevard, Suite 300 (70508)
Post Office Box 3507
Lafayette, LA 70502-3507

*30 Largest Unsecured Creditors*

Whitco Supply
200 N. Morgan Ave.
Broussard, LA 70518

Brace Integrated Services, Inc.
4950 Heathrow
Forrest Parkway, Ste. 150
Houston, TX 77032

Integrity Rentals
P.O. Box 339
Cade, LA 70519

The Gauge House, LLC
P.O. Box 80426
Lafayette, LA 70508

Accurate NDE & Inspection, LLC
P.O. Box 81755
Lafayette, LA 70598

Industrial Piping Specialist
Post Office Box 581270
Tulsa, OK 74158-1270

Louisiana Valve Source, LLC
Post Office Box 932276
Norcross, GA 30093-2276

CED
Post Office Box 207088
Dallas, TX 75320-7088

Norriseal-Wellmark, Inc.
P.O. Box 730215
Dallas, TX 75373-0215

Brock Services, Ltd.
P.O. Box 679312
Dallas, TX 75267-9313

National Welding Supply
P.O. Box 9786
New Iberia, LA 70562-9786

Acme Truck Line
P.O. Box 415000
Nashville, TN 37241-5000

Buckhorn Rentals, LLC
PO Box 2918
Houma, LA 70361

Tex-Fab, Inc.
P.O. Box 40508
Houston, TX 77240-0508

RLC, LLC
Post Office Box 54463
New Orleans, LA 70154-4463

Redfish Rentals, Inc
P.O. Box 844541
Boston, MA 02284-4541

Vega Americas, Inc.
P.O. Box 640162
Cincinnati, OH 45264-0162

A&B Valve & Piping Systems
P.O. Box 4458
Houston, TX 77210-4458

Code Compliance
Inspection, LLC
6873 Johnston Street
Lafayette, LA 70503

Atlantic Pacific Equipment, Inc.
2179 Commercial Drive
Port Allen, LA 70767

Neff Rental
3718 Hwy 14
New Iberia, LA 70560

Cajun Metals, LLC
1019 Albertson Parkway
Lafayette, LA 70507

Gas & Supply
125 Thruway Park
Broussard, LA 70518

Wholesale Electric Supply
P.O Box 732778
Dallas, Tx. 75373

United Rentals
P.O. Box 840514
Dallas, TX 75284

Specialty Equipment Sales
P.O. Box 51565
Lafayette, LA 70505

Emerson Process Management
Post Office Box 730156
Dallas, TX 75373-0156

Rexel
P.O. Box 844519
Dallas, TX 75284

Marco Group International
3425 East Locust St.
Davenport, IA 52803

HB Rentals
Dept. 2131 P.O. Box 122131
Dallas, TX 75312-2131

Atlantic Pacific Equipment, Inc.
Michael Noland
1455 Old Alabama Road, Suite 100
Roswel, GA 30076

National Welding Supply Co, Inc.
Michael Dempsey
P.O. Box 9786
New Iberia, LA  70560

| | |
|---|---|
| Date:   April 23, 2018 | */s/Antoinette S. Lars*<br>Antoinette S. Lars<br>Legal Assistant<br>Office of the United States Trustee<br>300 Fannin Street, Suite 3196<br>Shreveport, LA 71101<br>Telephone No. (318) 676-3456 |