UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

**QUALITY CONSTRUCTION &**               CASE NO: 18-50303
**PRODUCTION, LLC, ET AL.,[1]**               (Joint Administration)

    Debtors                                                        Chapter 11

_____

## APPLICATION TO EMPLOY ACCOUNTANT (DARNALL SIKES)

The application of Debtors Quality Construction & Production, LLC, Quality Production Management, LLC, Traco Production Services, Inc., and Quality Acquisition Company, LLC, respectfully represents:

1.

Debtors filed Chapter 11 Bankruptcy in the United States Bankruptcy Court, Western District of Louisiana on March 16, 2018.

2.

Applicants believes that in connection with the requirements and duties which they have as Debtors, it is necessary and in the best interest of the bankruptcy estate to employ an accountant to assist Applicants in performing professional general accounting services herein, which services will include among others the following, to-wit:

    a.     Preparing tax returns and assisting with the upkeep of the Debtors' accounting records;

---

[1] The Debtors in these Chapter 11 cases are Quality Construction & Production, LLC (18-50303), Quality Production Management, LLC (18-50304), Traco Production Services, Inc. (18-30305), and Quality Acquisition Company, LLC (18-50306).

18-50303 - #186  File 05/17/18  Enter 05/17/18 15:25:49  Main Document  Pg 1 of 5

b. To perform any and all other professional accounting services, including those in connection with performing audits and preparing quarterly reports.

3.

By reason of the premises aforesaid, Applicants desire to employ **Chris Miller and Darnall, Sikes & Frederick** to perform any and all professional accounting services as outlined above herein. Applicants desire to employ **Chris Miller and Darnall, Sikes & Frederick** for the reason that they are well qualified to act as accountants in this matter.

4.

That **Chris Miller and Darnall, Sikes & Frederick** are disinterested persons/firm and do not hold any interest adverse to the Debtors or to the estate with respect to the matters on which they are to be employed, except that the firm has an unsecured claim against the Debtors in the amount of $73,246.00 that the firm will waive. They have not served as an examiner in this case. They shall not, while employed by the Applicant, represent any creditor or person having an adverse interest in the case. Their employment as Accountant will be in the best interest of the estate.

5.

Said accountants will be paid, subject to court approval, based upon the work performed, at the rate of $275.00 per hour for partner CPAs and $160.00 per hour for staff.

6.

That Debtors request that they be authorized to hire the said **Chris Miller and Darnall, Sikes & Frederick** as requested above and that the accountants keep track of the time which they expend in connection with this matter.

7.

That **Chris Miller and Darnall, Sikes & Frederick** shall file an application with the Court in due course with Notice being given to creditors of the application, and that compensation shall be fixed by this Court after due notice and hearing thereon.

8.

The Debtors request that this application be made nunc pro tunc to the date of the petition.

WHEREFORE, Applicants pray that they be authorized to employ and engage **Chris Miller and Darnall, Sikes & Frederick**, as accountants under a general retainer to assist Applicants in this proceeding.

Lafayette, Louisiana on this 17th day of May, 2018.

>Respectfully submitted,
>
>WEINSTEIN & ST. GERMAIN, LLC
>
>By:    /s/ Tom St. Germain
>      TOM ST. GERMAIN (#24887)
>      1414 NE Evangeline Thrwy.
>      Lafayette, LA 70501
>      (337) 235-4001
>      (337) 235-4020 FAX
>
>Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

**QUALITY CONSTRUCTION &**           CASE NO: 18-50303
**PRODUCTION, LLC, ET AL.,**[2]           (Joint Administration)

    Debtors                                                             Chapter 11

---

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF LAFAYETTE

BEFORE ME, the undersigned Notary Public, came and appeared

**Chris Miller**,

a certified public accountant, who, after first being duly sworn, did declare and state that he is a certified public accountant, that to the best of his knowledge, **Chris Miller and Darnall, Sikes & Frederick** represent no interest adverse to Quality Construction & Production, LLC, Quality Production Management, LLC, Traco Production Services, Inc., and Quality Acquisition Company, LLC**,** with respect to any of the matters upon which **Chris Miller and Darnall, Sikes & Frederick** have been or are to be engaged by the Debtors in the captioned proceeding and that **Chris Miller and Darnall, Sikes & Frederick** are "disinterested" within the meaning of 11 U.S.C. Section 327 and 1107(b), except that his firm has an unsecured claim against the Debtor in the amount of $73,246.00 that the firm will waive. **Chris Miller and Darnall, Sikes & Frederick** have no connection with the Debtors, the creditors, the United States Trustee, or any other party in interest, or their respective attorneys, other than previously representing the Debtors in their capacity as certified public accountants.

---

[2] The Debtors in these Chapter 11 cases are Quality Construction & Production, LLC (18-50303), Quality Production Management, LLC (18-50304), Traco Production Services, Inc. (18-30305), and Quality Acquisition Company, LLC (18-50306).

Page -4-

BY: /s/ Chris Miller
**Chris Miller**

SWORN TO AND SUBSCRIBED before me this 8th day of May, 2018.

/s/ Paula W. Benoit
NOTARY PUBLIC
Printed Name: Paula W. Benoit
ID#: 88272

Page -5-